UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA WU, | Case No. 2:24-cv-3353-DJC-JDP (PS) |
| Plaintiff, | |
| v. | ORDER |
| COST KERESTENZIS *et al.*, | |
| Defendants. | |

Plaintiff has filed a request for an extension of time to file an amended complaint. Good cause appearing, the request will be granted.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 4, is GRANTED; and

2. Plaintiff is granted until April 21, 2025, to file an amended complaint.

IT IS SO ORDERED.

Dated: \_\_\_\_March 21, 2025\_\_\_\_         _____
                                          JEREMY D. PETERSON
                                          UNITED STATES MAGISTRATE JUDGE

1