UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA WU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COST KERESTENZIS, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:24-cv-3353-DJC-JDP (PS)<br><br>ORDER |

Plaintiff has filed a request for a second extension of time to file an amended complaint. Good cause appearing, the request will be granted in part.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion for a second extension of time, ECF No. 6, is GRANTED in part.

2. Plaintiff is granted thirty days from the date of this order to file a first amended complaint.

3. Absent extraordinary circumstances, no further extensions will be granted.

IT IS SO ORDERED.

Dated:　April 24, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1