UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REBECCA WU,

        Plaintiff,

        v.

COST KERESTENZIS,

        Defendant.

Case No.  2:24-cv-3353-DJC-JDP (PS)

ORDER

Plaintiff has filed a motion asking for an extension of time to file an amended complaint. ECF No. 15.  Plaintiff's motion is granted in part, and she is granted until February 9, 2026, to file an amended complaint.

Plaintiff has also filed a renewed motion to file documents electronically.  ECF No. 16. As previously explained to plaintiff, "any person appearing pro se may not utilize electronic filing except with permission of the assigned Judge or Magistrate Judge."  E.D. Cal. L.R. 133(b)(2). "Requests to use paper or electronic filing as exceptions from these Rules shall be submitted as stipulations as provided in L.R. 143 or, if a stipulation cannot be had, as written motions setting out an explanation of reasons for the exception."  E.D. Cal. L.R. 133(b)(3).  The court does not find good cause to depart from the normal filing procedure for unrepresented litigants.  The motion is therefore denied.

Accordingly, it is hereby ORDERED that:

1.  Plaintiff's motion for an extension of time, ECF No. 15, is GRANTED.

2.  Plaintiff shall file a second amended complaint by no later than February 9, 2026.

3.  Plaintiff's motion for electronical filing privileges, ECF No. 16, is DENIED.

IT IS SO ORDERED.


Dated:    January 12, 2026    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2