UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA WU, | Case No.  2:24-cv-3353-DJC-JDP (PS) |
| Plaintiff, | |
| v. | ORDER |
| COST KERESTENZIS, *et al.*, | |
| Defendants. | |

Plaintiff has filed a motion for a second extension of time to file an amended complaint. ECF No. 19.  Good cause appearing, the request will be granted.

Accordingly, it is hereby ORDERED that:

1.  Plaintiff's motion for an extension of time, ECF No. 19, is GRANTED.

2.  Plaintiff is granted until March 17, 2026, to file a second amended complaint.

IT IS SO ORDERED.

Dated:  ___February 17, 2026___   _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE