UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| REBECCA WU, | Case No.  2:24-cv-3353-DJC-JDP (PS) |
| Plaintiff, | |
| v. | ORDER |
| COST KERESTENZIS, *et al.*, | |
| Defendants. | |

Plaintiff has filed a request for a second extension of time to file a second amended complaint.  Good cause appearing, the request is granted in part.

Accordingly, it is hereby ORDERED that:

1.  Plaintiff's motion for an extension of time, ECF No. 21, is GRANTED in part.

2.  Plaintiff is granted until April 23, 2026, to file a second amended complaint.

IT IS SO ORDERED.

Dated:    March 26, 2026                                    _____
                                                            JEREMY D. PETERSON
                                                            UNITED STATES MAGISTRATE JUDGE

1