UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REBECCA WU,

Plaintiff,

v.

COST KERESTENZIS, *et al.*,

Defendants.

Case No.  2:24-cv-3353-DJC-JDP (PS)

ORDER

Plaintiff has filed her fourth request for an extension of time to file an amended complaint pursuant to the court's order of November 7, 2025.  *See* ECF Nos. 15, 19, 21, & 23.  Good cause appearing, the request will be granted in part.  No further extensions of time will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for an extension of time, ECF No. 23, is GRANTED IN PART; and

2.  Plaintiff is granted fourteen days from the date of this order in which to file an amended complaint.  No further extensions of time will be granted.

IT IS SO ORDERED.

Dated:    April 16, 2026

_____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE